# United States District Court for the District of Massachusetts (Boston)

**Walter Tuvell**
PhD, *Pro Se*
836 Main St.
Reading, MA 01867
(781) 475-7254
walt.tuvell@gmail.com

*Plaintiff*

v.

**Christopher Haley (Husband/Father)**
**Amanda Haley (Wife/Stepmother)**
**Autumn Haley ((Step-)Daughter)**
71 Tennyson Rd.
Reading, MA 01867
(781) 944-0186
christopher.haley@ci.reading.ma.us
    *(and other/unknown phones/emails)*

***et al. (see list at Cmplt. Add. A p. 59)***

*Defendants*

Case № 1:25-cv-10566

## PLAINTIFF'S NOTICE OF COMPLAINT TYPOS & CORRECTIONS AND REQUEST FOR GUIDANCE

# NOTICE OF COMPLAINT TYPOS & CORRECTIONS

Pursuant to this Court's rules for *pro se* Plaintiffs, the original Complaint in this action was necessarily filed in paper copy (not electronic/PDF). But for the convenience of all interested parties/entities, I am making the PDF (from which the paper copy was printed) available for download, at the URL:

https://f002.backblazeb2.com/file/PublicSharedFiles/Complaint_ORIG.pdf

The original paper copy was scanned by the Court (clerks) into multiple image-PDFs (not text-PDFs, hence not text-searchable), and a docket header was added to all pages. That (reconstituted) filed/docket PDF is available at:

https://f002.backblazeb2.com/file/PublicSharedFiles/Complaint_FILED.pdf

Since the time of the original filing, a few trivial/typographical/cosmetic bugs/errors (collectively "typos") have been discovered in the Complaint. These aren't "legally cognizable 'mistakes'," and so the formal heavy-handed filing of a "Corrected" or "Amended" version of the Complaint doesn't seem to be warranted for bugfixes like these (in my opinion). Nevertheless, out of an abundance of desire for clarity/perfection, I am publishing a (living, time-varying, dated) list of the typos & corrections at:[1]

https://f002.backblazeb2.com/file/PublicSharedFiles/Complaint_TYPOS.pdf

And correspondingly, a new (living, time-varying, but bearing the original date) version of the Complaint (which may/should be considered the "default" version, in my opinion), incorporating the typo-corrections, is being made available at:

https://f002.backblazeb2.com/file/PublicSharedFiles/Complaint.pdf

---

[1] The current list as of this date is given in App. A *infra.*

## REQUEST FOR GUIDANCE

Going forward, the updated/corrected version (¶4) of the Complaint is the one I would like to plan to be working from, and I would like to urge others to do so too. Since all the above versions of the Complaint are the *"same"* with regard to all relevant/legal purposes (*material* references/citations to any version being valid for the others as well), it is believed that no non-*de minimis*[2] confusion can/will result thereby (and even *de minimis* confusion, if noticed at all, can be trivially disambiguated).

I would hope/trust this informal arrangement (as opposed to cluttering up the official Docket with formal but insubstantial busy-work (apart from this instant Notice, which *is* being formally filed)) is acceptable to all parties/entities involved. But if not, I remain open to alternative suggestions. And in any case, I would value the Court's guidance on how to proceed. In brief: is my "opinion" (stated in ¶3 above) accurate, and is my "plan" (stated in ¶5) allowable?

---

[2] *De minimis non curat lex,* "the law does not deal in trifles."

## VERIFICATION; SIGNATURE

I verify that this Notice is respectfully submitted under the pains and penalties of perjury, to the best of my knowledge/information/belief and abilities.[3]

*WE Tuvoll*

Walter Tuvell, PhD, *Pro Se*
836 Main St.
Reading, MA 01867
(781) 475-7254
walt.tuvell@gmail.com

Mar 19 2025

---

[3]    This document has not (yet) been served upon Defendant parties, because none have been engaged (formally Served Process) yet. (See Cmplt. p. 59 fn. 135,136: the activity of Serving Process is being conducted at the present time, but no Defendants have responded positively yet.)

# ADDENDUM A
## LIST OF COMPLAINT TYPOS AND CORRECTIONS AS OF THE CURRENT DATE

| Location[4] | Typo | Correction {Comment} |
|---|---|---|
| (1) | Case № _____ | Case № __1:25-cv-10566__  {add case number} |
| ¶6(5:8) | *arise from* | arise from {remove italics} |
| ¶6$^{11}$(5::13) | **Jurisdiction** | **Jurisdiction** {remove leading space char.} |
| ¶8$^{23}$(8::7) | **Cir** | **Cir.** {add period} |
| ¶12(12:1) | **17-18** | **17–18** {change hyphen to en-dash} |
| ¶12$^{34}$(12::1) | *{name of minor}* | {delete name of minor, per FRCvP 5.2}[5] |
| ¶90(45:3) | MRCrP14(c)(2) | MRCrP 14(c)(2) {add space char. (causes line-break)} |

---

[4]    ***Notation:*** ¶paragraph[footnote](page *and* :line *or* ::footnote-line).

[5]    *Autumn's* name need/should/must not be deleted/redacted from the instant case, for several reasons: *(i)* FRCvP 5.2(b)(3,4) (exemption for records of state-court proceedings (even ones void *ab initio*)), she being the *(i′)* named/aggressor Plaintiff of the instigating Harassment case, and *(i″)* Defendant/party co-conspirator (indeed, *the* central/essential character) of this case; *(ii)* there's nothing "objectionable/wrong/bad/forbidden" about the language employed in the Complaint (cf. First Amendment, and "Litigation Privilege"); *(iii)* naming her is mandatory/indispensable for understandability of this case.