# United States District Court for the District of Massachusetts (Boston)

**Walter Tuvell**
PhD, *Pro Se*
836 Main St.
Reading, MA 01867
(781) 475-7254
walt.tuvell@gmail.com

*Plaintiff*

v.

**Christopher Haley (Husband/Father)**
**Amanda Haley (Wife/Stepmother)**
**Autumn Haley ((Step-)Daughter)**
71 Tennyson Rd.
Reading, MA 01867
(781) 944-0186
christopher.haley@ci.reading.ma.us
    *(and other/unknown phones/emails)*

**et al. (see list at Cmplt. Add. A p. 59)**

*Defendants*

Case № 1:25-cv-10566

# PLAINTIFF'S

# NOTICE OF VOLUNTARY DISMISSAL

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to FRCvP 41(a)(1)(A)(i), Plaintiff Tuvell hereby notices and voluntarily dismisses the instant action.

## VERIFICATION; SIGNATURE

I verify that this Notice is respectfully submitted under the pains and penalties of perjury, to the best of my knowledge/information/belief and abilities.

*WETuvell*

Walter Tuvell, PhD, *Pro Se*
836 Main St.
Reading, MA 01867
(781) 475-7254
walt.tuvell@gmail.com

May 3 2025